IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**AHMED NASR OSMAN,**
**Agency No.: A-097-659-422,**

    Petitioner,

vs.                                    Case No. 4:11cv147-SPM/WCS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

_____/


## ORDER and REPORT AND RECOMMENDATION

Petitioner, who is *pro se*, submitted a petition for writ of habeas corpus under § 2241, doc. 1, alleging that the United States will be unable to carry out his removal to the Republic of Sudan, the country of his birth, because Sudan has refused to issue travel documents for him.  Doc. 1.  Petitioner stated that he was not challenging the validity of the removal order, only release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).  *Id.,* at 2.

Finding the petition sufficient, service was directed.  Doc. 3.  Respondents filed a motion to dismiss the petition on May 5, 2011, asserting it is moot because Petitioner was released from detention pending removal from the United States on May 5, 2011. Doc. 12, p. 2.  Respondents have submitted a copy of the Order of Supervision,

showing that on May 5, 2011, Petitioner was released to supervision. Doc. 12, ex. 1. Therefore, because Petitioner has essentially been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

Attached to the motion to dismiss, doc. 12, is the certificate of service which indicates the document was provided to Petitioner at his "forwarding address" which was also listed in Exhibit 1, the Order of Supervision. The address provided there is 2024 N.W. 95th Street, Miami, Florida 33147. Doc. 12, p. 4. The Clerk of Court will be directed to forward this order and report and recommendation to Petitioner at that address as well as the address of record (Wakulla County Jail). If Petitioner does not contest the dismissal of this case because he has been granted the relief sought, Petitioner need not file anything further and this case will be dismissed. If Petitioner has a valid legal reason to dispute this dismissal, he must respond within fifteen days by filing a motion for reconsideration.

**ORDER**

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall forward this ORDER and REPORT AND RECOMMENDATION to Petitioner at 2024 N.W. 95th Street, Miami, Florida 33147, as well as to his address of record.

2. The Clerk of Court shall return this file to me if a motion for reconsideration is filed by Petitioner.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondent, it is respectfully

**RECOMMENDED** that the § 2241 petition filed by Petitioner Ahmed Nasr Osman be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on May 9, 2011.

 s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.